UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARY I. KELL,<br>(Social Security No. XXX-XX-4950),<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of the Social Security Administration,<br><br>Defendant. | 3:10-cv-175-WGH-RLY |

## FINAL JUDGMENT ENTRY

This case is **REMANDED** for further proceedings consistent with the Memorandum Decision and Order entered this date.

**Entered:** July 21, 2011

Laura A. Briggs, Clerk

BY: _____Nicole R. Neff_____
Deputy Clerk, U.S. District Court

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copy to:**
Lane C. Siesky
lane@sieskylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov